UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KARLENE CORT,                      )
                                   )    No.  CV-05-3050-MWL
                Plaintiff,         )
                                   )    ORDER GRANTING JOINT
v.                                 )    MOTION FOR REMAND
                                   )
JO ANNE B. BARNHART,               )
Commissioner of Social             )
Security,                          )
                                   )
                Defendant.         )
_____)

    The parties have filed a stipulation for remand of the above
captioned case to the Commissioner for further administrative
proceedings.  (Ct. Rec. 29).  The parties have consented to
proceed before a magistrate judge.  (Ct. Rec. 4).  After
considering the stipulation,

    **IT IS ORDERED** that the above-captioned case be remanded for
further administrative proceedings.  Upon remand, the case will be
heard before a new ALJ.  The ALJ will re-consider the combined
effects of the Plaintiff's impairments, including chronic fatigue
syndrome ("CFS"), sleep apnea, dysthymia, provisional personality
disorder and accompanying impairments, and any other impairments
evident from the updated record.  The ALJ will reconsider the
opinions of Drs. Williams (AR 226-229), Buckner and Van Voorhis
(AR 169-171), Schultz (AR 166), Pascualy (AR 183-85), and Buchwald

ORDER RE: STIPULATED REMAND - 1

(AR 186-189), as well as the RFC assessment by the state agency psychologists (AR 253-254).  The ALJ will re-evaluate Plaintiff's credibility pursuant to SSR 96-7p and the regulations.  If an on the record fully favorable decision is not issued, the ALJ will hold a new hearing and, if necessary, obtain supplemental vocational expert testimony.  The ALJ will make a new determination as to Plaintiff's disability, taking all evidence into account, and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1.  The parties Joint Motion to Remand (**Ct. Rec. 29**) is **GRANTED**.

2.  Judgment shall be entered for the **PLAINTIFF**.

3.  An application for attorney fees may be filed by separate motion.

4.  The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this____7th__day of March, 2006.

                            S/ Michael W. Leavitt
                          MICHAEL W. LEAVITT
                   UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 2